PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Aug 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO GALVAN-SILVESTRE, JR.,<br><br>Defendants. | CASE NO. 1:22-CR-00234 ADA-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 29, 2021 charging the above defendant with violations of 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

///

///

///

Motion to Seal Indictment                1

except when necessary for the issuance and execution of the warrants.

DATED: August 25, 2022	Respectfully submitted,

                                        PHILLIP A. TALBERT
                                      United States Attorney

                          By   /s/ KAREN A. ESCOBAR
                                      KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  August 25, 2022

~~SHIELA K. OBERTO~~
U.S. Magistrate Judge
**Erica P. Grosjean, U.S. Magistrate Judge**

Motion to Seal Indictment                    2