PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-cr-00234-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEJANDRO GALVAN-SILVESTRE, JR., | DATE: September 27, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on September 27, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until November 8, 2023, and to exclude time between September 27, 2023, and November 8, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports produced in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      The government has provided a plea offer to the defendant.

c)      Counsel for defendant desires additional time to attempt to resolve this matter.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2023 to November 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS SO STIPULATED.

2

3     Dated:  September 20, 2023                    PHILLIP A. TALBERT
                                                    United States Attorney

4

5                                                   /s/ KAREN A. ESCOBAR
                                                    KAREN A. ESCOBAR
6                                                   Assistant United States Attorney

7

8

9

10    Dated:  September 20, 2023                    /s/ CHRISTINA M.
                                                    CORCORAN
11                                                  CHRISTINA M. CORCORAN
                                                    Counsel for Defendant
12                                                  ALEJANDRO GALVAN-
                                                    SILVESTRE, JR.

13

14

15                                   **ORDER**

16         IT IS SO ORDERED that the status conference is continued from September 27, 2023, to

17    **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

18    pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

19    IT IS SO ORDERED.

20    Dated:   **September 20, 2023**              /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28