PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00234-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALEJANDRO GALVAN-SILVESTRE, JR., | DATE: May 22, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 22, 2024.

2. On May 8, 2024, the Court ordered the parties to file a joint status report and appear for a status conference or stipulate to a trial date

3. Notwithstanding the Court's order, the parties are not able to determine an appropriate resolution in this matter because the immigration consequences pertaining to the charge remain unclear. Since the last status conference, defense counsel has obtained initial immigration counsel; however, due to the lack of clarity regarding the issue, counsel requires additional time to seek further guidance from other immigration specialists. Defense counsel was unable to enter into a stipulation in this matter until

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  today, because she recently returned from annual leave. By this stipulation, therefore, defendant now
2  moves to continue the status conference until September 11, 2024, and to exclude time between May 22,
3  2024 and September 11, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4    4.    The parties agree and stipulate, and request that the Court find the following:

5    a)    The government has represented that the discovery associated with this case includes investigative reports produced in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

8    b)    The government has provided a plea offer to the defendant.

9    c)    Counsel for defendant desires additional time for defense investigation, plea negotiations, and consideration of immigration issues.

11    d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation and would prevent defense counsel from providing effective advice regarding the immigration consequences of a conviction, taking into account the exercise of due diligence.

15    e)    The government does not object to the continuance.

16    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

19    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2024 to September 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

25    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

28    IT IS SO STIPULATED.

Dated:  May 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  May 17, 2024

/s/ CHRISTINA M. CORCORAN
CHRISTINA M. CORCORAN
Counsel for Defendant
ALEJANDRO GALVAN-SILVESTRE, JR.

## **ORDER**

IT IS SO ORDERED that the status conference is continued from May 22, 2024, to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __**May 20, 2024**__          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE