PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00234-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING TRIAL SETTING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ALEJANDRO GALVAN-SILVESTRE, JR., | DATE: September 11, 2024
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on September 11, 2024.

2. On August 27, 2024, the Court ordered the parties to file a joint status report and appear for a status conference or stipulate to a trial date.

3. The parties agree and stipulate, and request that the Court set the matter for trial on July 8, 2025 and make the following findings:

   a) The government has represented that the discovery associated with this case includes investigative reports produced in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  The government has provided a plea offer to the defendant, which the defendant has rejected.

    c)  Counsel for defendant desires additional time for defense investigation and preparation for trial.

    d)  Counsel for defendant has a large trial that is set for April 2025 and is expected to go through May 2025.

    e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)  The government does not object to the continuance.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 11, 2024, to July 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 4, 2024         PHILLIP A. TALBERT
                     United States Attorney

                     /s/ KAREN A. ESCOBAR
                     KAREN A. ESCOBAR
                     Assistant United States Attorney

Dated: September 4, 2024

/s/ CHRISTINA M. CORCORAN
CHRISTINA M. CORCORAN
Counsel for Defendant
ALEJANDRO GALVAN-SILVESTRE, JR.

## ORDER

IT IS SO ORDERED that the status conference set for September 11, 2024, is vacated. A jury trial is set for **July 8, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 week**. A trial confirmation is set for **June 23, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 5, 2024**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE