| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, CA Bar #344683 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ALEJANDRO GALVAN-SILVESTRE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00234-TLN-BAM |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |
| vs. | |
| ALEJANDRO GALVAN-SILVESTRE, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Alejandro Galvan-Silvestre, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Pursuant to this requested waiver, because of Mr. Galvan-Silvestre's work schedule, he wishes to allow the Federal Defender's Office to proceed in his absence at the status conference set for May 14, 2025.

DATED: May 12, 2025             /s/ Alejandro Galvan-Silvestre
                                ALEJANDRO GALVAN-SILVESTRE
                                Defendant


DATED: May 12, 2025             /s/ Christina M. Corcoran
                                CHRISTINA M. CORCORAN
                                Assistant Federal Defender
                                Attorney for GALVAN-SILVESTRE

## O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings, including the May 14, 2025 status conference, until further order.

IT IS SO ORDERED.

Dated:   **May 12, 2025**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE