1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           CASE NO. 1:22-cr-00234-TLN-BAM

12                 Plaintiff,           STIPULATION REGARDING SETTING FOR
                                        CHANGE OF PLEA; AND ORDER
13         v.
                                        DATE: August 13, 2025
14 ALEJANDRO GALVAN-SILVESTRE, JR.,     TIME: 1:00 p.m.
                                        COURT: Hon. Barbara A. McAuliffe
15
                   Defendant.
16

17

18                              **STIPULATION**
19
       Plaintiff United States of America, by and through its counsel of record, and defendant, by and
20
   through defendant's counsel of record, hereby stipulate as follows:
21
       1.   By previous order, this matter was set for a status conference before the Honorable
22
   Barbara A. McAuliffe, U.S. Magistrate Judge on August 13, 2025, and a trial date has been set before
23
   the Honorable Troy L. Nunley, Chief U.S. District Judge, for November 3, 2025
24
       2.   Time has been excluded to and through November 3, 2025.
25
       3.   On July 16, 2025, a signed plea agreement was filed.
26
       4.   The parties agree and stipulate, and request that the Court set the matter for a change of
27
   plea on August 25, 2025, at 9:30 a.m., before District Judge Nunley in Fresno, California and vacate the
28
   November 3, 2025, trial date.

STIPULATION REGARDING EXCLUDABLE TIME         1
PERIODS UNDER SPEEDY TRIAL ACT

IT IS SO STIPULATED.

| Dated: July 16, 2025 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
|---|---|
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: July 16, 2025 | /s/ CHRISTINA M. CORCORAN<br>CHRISTINA M. CORCORAN<br>Counsel for Defendant<br>ALEJANDRO GALVAN-SILVESTRE, JR. |

## **ORDER**

IT IS SO ORDERED that the status conference set for August 13, 2025, status conference set for September 10, 2025, and jury trial set for November 3, 2025 are vacated. A change of plea hearing is set for **August 25, 2025, at 9:30 a.m. in Courtroom 5 before the Chief District Judge Troy L. Nunley**. Time was previously excluded through November 3, 2025.

IT IS SO ORDERED.

Dated: **July 17, 2025**          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE